UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



SANDRA A. PACE, ET AL

VERSUS

RANDY K. POPE, ET AL

CIVIL ACTION

NO.  08-234-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 25, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Randy K. Pope is dismissed as a defendant in this matter pursuant to F.R.C.P. Rule 12(b)(6) for failure to state any claim against him upon which relief may be granted.

Baton Rouge, Louisiana, September   //        , 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA